IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA MITCHELL | § | |
| | § | |
| VS. | § | CASE NO. 4:21-CV-580-Y |
| | § | |
| COLOPLAST CORP. | § | |

FINAL JUDGMENT

In accordance with the order of dismissal issued this same day and Federal Rule of Civil Procedure 58, all of plaintiff Lisa Mitchell's claims against defendant Coloplast Corp. in this action are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED November 17, 2021.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo